# Exhibit 1



See Details

See Details



SAMSUNG GEAR S2

See Details



SAMSUNG LEVEL U WIRELESS HEADPHONES, BLACK SAPPHIRE

See Details



# TABLETS

SEE ALL (33) >

SAMSUNG GALAXY TABPRO S

LEARN MORE

Case 2:16-cv-00170-JRG   Document 15-2   Filed 04/28/16   Page 4 of 15 PageID #:  425





SAMSUNG GALAXY TABPRO S 12" 128GB (WI-FI), BLACK

Suggested Retail:$899.99

SAMSUNG GALAXY VIEW 18.4" 32GB (WI-FI), BLACK

Suggested Retail:$549.99





SAMSUNG GALAXY TAB S2 9.7" 32GB (WI-FI), BLACK

Suggested Retail:$499.99

SAMSUNG GALAXY TAB S2 8.0" 32GB (WI-FI), WHITE

Suggested Retail:$399.99

# TELEVISIONS

SEE ALL (59) >

SAMSUNG 4K SUHD TVS WITH QUANTUM DOT COLOR



**LEARN MORE**



55" CLASS KS9000 9-SERIES 4K SUHD TV (2016 MODEL)

Suggested Retail:$2,799.99
Your Price:$2,299.99
You Save:$500



65" CLASS KS8500 8-SERIES CURVED 4K SUHD TV (2016 MODEL)

Suggested Retail:$3,799.99
Your Price:$2,999.99
You Save:$800



55" CLASS KS8000 8-SERIES 4K SUHD TV (2016 MODEL)



49" CLASS KU7500 7-SERIES CURVED 4K UHD TV (2016 MODEL)

Shop | Samsung

~~Suggested Retail:$2,199.99~~
Your Price:$1,799.99
You Save:$400

~~Suggested Retail:$1,599.99~~
Your Price:$1,299.99
You Save:$300



## HOME APPLIANCES

SEE ALL (48) >

WA8700J TOP LOAD WASHER WITH ACTIVEWASH™

LEARN MORE



23 CU. FT. CAPACITY COUNTER DEPTH 4-DOOR FRENCH DOOR REFRIGERATOR WITH COOL SELECT PLUS (STAINLESS STEEL)

Suggested Price: $3,999

WA8700 5.2 CU. FT. TOP LOAD WASHER WITH ACTIVEWASH™ (STAINLESS PLATINUM)

Suggested Price: $1,199



**DW80J9945US TOP CONTROL DISHWASHER WITH WATERWALL™ TECHNOLOGY**

Suggested Price: $1,199



**NE59J7850WS ELECTRIC FLEX DUO® RANGE WITH SOFT CLOSE AND DUAL DOOR™ (STAINLESS STEEL)**

Suggested Price: $1,899.00



# COMPUTERS

SEE ALL (12) >

NOTEBOOK 9 (13.3" LED FULL HD / CORE™ I5)

**LEARN MORE**



NOTEBOOK 9 (15" LED / SKYLAKE™ I7)



NOTEBOOK 9 PRO (15.6" LED UHD / CORE™ I7)

Suggested Retail:$1,199.99

Suggested Retail:$1,499.99





NOTEBOOK 9 SPIN (13.3" LED QHD+ / CORE™ I7)

Suggested Retail:$1,299.99

CHROMEBOOK 3 11.6"

Suggested Retail:$229.99



HOME AUDIO

SEE ALL (52) >

RADIANT360 R5 WI-FI/BLUETOOTH SPEAKER

LEARN MORE





**SAMSUNG HW-J7501 WIRELESS MULTIROOM CURVED SOUNDBAR W/ WIRELESS SUB (SILVER)**

~~Suggested Retail:$949.99~~
Your Price:$799.99
You Save:$150

**HT-J5500W HOME THEATER SYSTEM**

~~Suggested Retail:$449.99~~
Your Price:$399.99
You Save:$50





**HW-J650 WIRELESS MULTIROOM AUDIO SOUNDBAR**

Suggested Retail: $599.99

**BD-J5900 BLU-RAY PLAYER**

~~Suggested Retail:$139.99~~
Your Price:$99.99
You Save:$40

# DIGITAL IMAGING

### SEE ALL (31) >

NX1 28.2 MP SMART 4K CAMERA WITH 16-50MM POWER ZOOM LENS



LEARN MORE



NX500 28MP INTERCHANGABLE LENS CAMERA WITH 16-50MM POWER ZOOM LENS AND FLASH (BLACK)

Suggested Retail: $799.99



WB350 16.3MP SMART CAMERA (WHITE)

Suggested Retail: $259.99



SAMSUNG GALAXY CAMERA™ 2 WI-FI (WHITE)



NX30 20.3MP SMART CAMERA WITH 18-55MM LENS

Suggested Retail: $399.99

Suggested Retail: $999.99






ACCESSORIES

WEARABLE TECH

SOLID STATE DRIVES

SPECIAL OFFERS






BLU-RAY & DVD PLAYERS

MULTIROOM WIFI SPEAKERS

PRINTERS

MONITORS

## Stay In the Know

Get e-mail updates about our latest shop and special offers.

Shop Smart with Samsung



See New Products




Free shipping on all



Most Knowledgeable



Service Plans Available

Shop | Samsung

Case 2:16-cv-00170-JRG   Document 15-2   Filed 04/28/16   Page 12 of 15 PageID #: 433
First                    orders over $50              Support              on Select Models

[Back to Top](#)

| SAMSUNG.COM | SHOP PRODUCTS | SHOP ACCESSORIES | 🛒 SHOPPING CART | SHOP REFURBISHED |

**SHOP SAMSUNG**

Shop All Products

Shop All Accessories

Special Offers Online

Certified Refurbished Products

**CELL PHONES**

Galaxy S Phones

Galaxy Note Phones

Cell Phones

Prepaid/No Contract

AT&T Cell Phones

Verizon Wireless Cell Phones

Sprint Cell Phones

T-Mobile Cell Phones

U.S. Cellular Cell Phones

More Carriers

Certified Pre-Owned Phones

See All Cell Phones

**TVS**

4K SUHD TVs

4K UHD TVs

LED TVs

See All TVs

**TABLETS**

Galaxy Tabs

Galaxy Notes

Wi-Fi Tablets

4G / LTE Tablets

Refurbished Tablets

See All Galaxy Tablets

**WEARABLE TECH**

Smartwatches

Virtual Reality Headsets

See All Gear

**HOME THEATER & AUDIO**

Wireless Multiroom Audio

Soundbars

Giga Sound Systems

Home Theater Systems

Blu-ray Players

DVD Players

See All Home Audio Products

**DIGITAL CAMERAS & CAMCORDERS**

Interchangeable Lens Cameras

Galaxy Cameras

Long Zoom Cameras

Point and Shoot Cameras

HD Camcorders

Refurbished Digital Cameras

See All Digital Cameras and Camcorders

**COMPUTING**

Laptops

Chrome Devices

All-In-One PCs

Monitors

Printers

See All PCs

**MEMORY & STORAGE**

Solid State Drives

Portable SSD

USB Flash Drives

Memory Cards

See All Memory & Storage

**HOME APPLIANCES**

Washers & Dryers

Refrigerators

Microwaves

Dishwashers

Ranges

Vacuums

**SMART HOME**

Kits

Hubs

Sensors

Outlets

See All Smart Home Products

**SECURITY & MONITORING**

IP Cameras

Security Systems

Baby Monitors

**HELP WITH YOUR ORDER**

Track Your Order

Store FAQs

Return Your Order

Cancel Your Order

Product Support

**ACCESSORIES**

TV Accessories

Cell Phone Accessories

Tablet Accessories

Printer Accessories

PC Accessories

Digital Camera Accessories

Refrigerator Accessories

Washer & Dryer Accessories

Security System Accessories

Vacuum Accessories

**APPS & ENTERTAINMENT**

Apps For Every Screen

Samsung Milk Music

Samsung Pay

Samsung+

Smart Switch

**OWNERS & SUPPORT**

Get Support

Samsung Community

Samsung Account

Set Up Your New Device

Samsung Skills Workshop

Register Your Device

Manuals & Downloads

Help With Your Order

Contact Support

**ABOUT US**

About Samsung

Careers

Sustainability

News

Hope for Children

Investor Relations

Product Recycling

Follow Us     

For Business   Privacy   Legal   Sitemap   RSS   USA/English

Copyright © 1995-2016 SAMSUNG All Rights reserved.